IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY BOLDEN, #130861, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:18-CV-1066-WHA |
| KAY IVEY, et al., | ) |
| Defendants. | ) |

# FINAL JUDGMENT

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, Judgment is entered in favor of the defendants and against the plaintiff and this case is DISMISSED prior to service of process.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of March, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE